UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH GEORGE PERRY,
    Plaintiff,

vs.                                    Case No.:  3:23cv21252/LAC/ZCB

R. CAHN, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 24, 2024.  (Doc. 14).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (Doc. 14) is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint (Doc. 8) is **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

3. The Clerk of Court must enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 9th day of February, 2024.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**